IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**FRANCES WHITE**,

        *Plaintiff*,

v.

**KILOLO KIJAKAZI, Acting Commissioner of Social Security,**

        *Defendant*.

CAUSE NO. 3:22-CV-168-CWR-FKB

## FINAL JUDGMENT

In accordance with the Order issued this day by this Court, *see* Docket No. 18, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision is reversed. This matter is remanded to the Social Security Administration for further proceedings.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Commissioner's decision is reversed, and the matter is remanded to the Social Security Administration.

**SO ORDERED**, this the 11th day of August, 2023.

                                              s/ Carlton W. Reeves
                                              UNITED STATES DISTRICT JUDGE